360 A.2d 663

COMMONWEALTH

v.

MILLER, Appellant.

Submitted February 2, 1976.  Edward F. Browne, Jr., Assistant Public Defender, and Theodore S. Danforth, Public Defender, for appellant; Ronald L. Buckwalter, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below and appellant is given permission to file post-verdict motions *nunc pro tunc* within thirty (30) days of this order.  See Pa.R.Crim.P. 1123.

361 A.2d 741

COMMONWEALTH

v.

MILLER, Appellant.